O

FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD STEPPE,<br><br>          Petitioner,<br><br>  vs.<br><br>JOE A. LIZARRAGA, Warden,<br><br>          Respondent. | Case No. EDCV 14-0408-GHK (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 8/11/14

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE