JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNARD STEPPE,

    Petitioner,

vs.

JOE A. LIZARRAGA, Warden,

    Respondent.

Case No. EDCV 14-0408-GHK (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/11/14

GEORGE H. KING
UNITED STATES DISTRICT JUDGE